■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO ANTONIO DIAZ LUNA, Appellant. — Judgment, Supreme Court, New York County, rendered on June 30, 1980, unanimously affirmed. The case is remitted to

the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J.P., Birns, Sandler and Bloom, JJ.